UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. |
| v. : | |
| : | |
| CAROL CALLAHAN BYRNE and : | (electronically filed) |
| BRIAN BYRNE, : | |
| Defendants : | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
**Failure to Report List 1 Chemical Manufacturing**
21 U.S.C. § 842(a)(10)

From on or about January 10, 2011 to on or about January 24, 2017, in the Middle District of Pennsylvania, and elsewhere, the defendants,

CAROL CALLAHAN BYRNE and
BRIAN BYRNE,

both regulated persons, knowingly failed to make annual reports to the Attorney General, as required by Title 21, United States Code, Section 830(b)(2), of information concerning List 1 chemicals manufactured and caused to be manufactured by the defendants.

All in violation of Title 21, United States Code, Sections 842(a)(10) and (c)(2)(A).

Date: 6/10/20

DAVID J. FREED
United States Attorney

By: _____
PHILLIP J. CARABALLO
Assistant United States Attorney